Goldsmith & Hull A.P.C.
William I. Goldsmith (SBN 82183)
16933 Parthenia Street Suite 110
Northridge, CA 91343
Phone: (818) 990-6600
Fax: (818) 990-6140
govdept1@goldsmithcalaw.com

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>BERNICE WILLIAMS HICKS AKA<br>BERNICE A. WILLIAMS,<br><br>   Defendant | Case No.: CV13-04571 R (JEMx)<br><br>JUDGMENT<br><br>Date: March 3, 2014<br>Time: 10:00 AM<br>Courtroom: 8<br><br>Judge: Manuel L. Real |

Plaintiff's Motion for Summary Judgment was held on March 3, 2014 and the Court having issued herewith Findings of Fact and Conclusion of Law:

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered in favor of Plaintiff, United States of America, and against the Defendant, BERNICE WILLIAMS HICKS AKA BERNICE A. WILLIAMS in the following sum:

Defendant is indebted to the United States for the following 2 notes: Note One in the principal amount of $3,049.92, plus $5,845.79 accrued pre-judgment

interest as of March 3, 2014; and Note Two in the principal amount of $2,803.93, plus $4,489.17 accrued pre-judgment interest as of March 3, 2014; $0.00 penalties/administrative fees; $459.00 accrue costs; $5,232.97 attorney's fees; for a total of $21,880.78. Plus interest from March 3, 2014 at the rate of $0.30 per day for claim number one and $0.26 per day for claim number two. Judgment to accrue interest at the legal rate until paid.

DATED: _March 6, 2014__

_____
Hon. Manuel L. Real
United States District Judge

---

PRESENTED BY:

   GOLDSMITH & HULL A.P.C.

   By: _____
       William I. Goldsmith
       Attorneys for Plaintiff
       United States of America